# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

644

KA 10-02341

PRESENT: CENTRA, J.P., FAHEY, CARNI, AND SCONIERS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V       ORDER

RONALD WENDT, II, ALSO KNOWN AS RONALD J. WENDT, II,
ALSO KNOWN AS RONALD J. WENDT, DEFENDANT-APPELLANT.

BRIDGET L. FIELD, ROCHESTER, FOR DEFENDANT-APPELLANT.

LAWRENCE FRIEDMAN, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered November 15, 2010. The judgment convicted defendant, upon a jury verdict, of aggravated vehicular homicide, vehicular manslaughter in the second degree, manslaughter in the second degree, driving while intoxicated, a misdemeanor (two counts), vehicular assault in the second degree (two counts), aggravated vehicular assault, assault in the second degree (two counts) and assault in the third degree.

Now, upon reading and filing the stipulation of discontinuance signed by the defendant and by the attorneys for the parties on June 5, 2013,

It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.

Entered: June 14, 2013                Frances E. Cafarell
                                         Clerk of the Court